## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN MICHAEL COX, | ) | 3:11-cv-00539-ECR-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 5, 2012 |
| | ) | |
| SMITH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:** THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   JENNIFER COTTER     **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a motion for extension of time to file a response to plaintiff's complaint (first request) wherein they seek an enlargement of time to and including May 17, 2012. (Doc. #32.) Defendants represent they need additional time to collect relevant documents pertaining to plaintiff's complaint due to plaintiff's voluminous medical history.

Good cause appearing, defendants' motion (Doc. #32) is **GRANTED**. Defendants' shall have to and including May 17, 2012, within which to file a response to plaintiff's complaint. **There shall be no further extensions.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
    Deputy Clerk