## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN MICHAEL COX, | ) | 3:11-cv-00539-ECR-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 5, 2012 |
| | ) | |
| SMITH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Defendants have filed a motion for extension of time to file a response to plaintiff's complaint (first request) wherein they seek an enlargement of time to and including May 17, 2012. (Doc. #32.) Defendants represent they need additional time to collect relevant documents pertaining to plaintiff's complaint due to plaintiff's voluminous medical history.

     Good cause appearing, defendants' motion (Doc. #32) is **GRANTED**. Defendants' shall have to and including May 17, 2012, within which to file a response to plaintiff's complaint. **There shall be no further extensions.**

**IT IS SO ORDERED.**

                                                        LANCE S. WILSON, CLERK

                                                        By:   <u>/s/</u>
                                                                  Deputy Clerk