UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE MICHAEL COX, | ) | 3:11-cv-00539-ECR-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 31, 2012 |
| | ) | |
| GREGORY W. SMITH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is docket number 37.[1] Plaintiff's filing appears to be a request by plaintiff for reconsideration and/or clarification of this court's order (Doc. #35, 4/30/12), regarding plaintiff's various motions for sanctions by reason of the defendants' alleged failure to provide legal supplies. (See docs. ## 24, 27 and 30).  No response to plaintiff's motion has been received by the court.[2]

---

[1] The plaintiff identifies himself as "Michael-Steve Cox" in the caption of his legal papers. The court's docket sheet refers to Mr. Cox as "Steve Michael Cox," presumably because of plaintiff's lengthy history of litigation of multiple cases before this court.  The court suspects the plaintiff's lengthy history of filing civil rights actions in this court and other courts, and occasions on which he has been declared a "vexatious litigant," likely play a role in the alteration herein by plaintiff of plaintiff's presumably correct name.  See Doc. #41 at 3, 5.

[2] In that regard, the court notes that what appears to be a certificate of service at page 3 of Doc. #37 contains the name of counsel for defendants but also has a notation: "*CLERK: Fax copy! Too A.G's Office?!"  The court cannot tell whether plaintiff mailed a copy of his paper to defendants' counsel or whether he expected the clerk of the court to fax a copy to the "A.G.'s Office." If plaintiff did not serve the paper on the Attorney General's office himself, it is likely defendants' counsel did not receive plaintiff's filing.

MINUTES OF THE COURT
3:11-cv-00539-ECR-WGC
Date:  May 31, 2012
Page 2

      The plaintiff's argument with regard to a request for reconsideration of the court's order is difficult if not impossible to comprehend.  This court's order of April 30, 2012, denied plaintiff's motion for sanctions (Doc. #35 at 3) and directed counsel for defendants to file documentation confirming plaintiff has been provided with the paper, pen and envelope which are the subject of plaintiff's motions.  On May 9, 2012, defendants filed a Notice (Doc. #38) verifying "distribution of legal supplies in conformity with Docket No. 17 and No. 35."  Interpreted in light of the notice of the defendants that legal supplies were provided plaintiff (Doc. #38), good cause does not exist to provide plaintiff the relief he seems to request.

      Plaintiff's motion for reconsideration (Doc. #37) is therefore **DENIED.**

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                                        By:  _____/s/_____
                                                Deputy Clerk